IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID RYAN, | § |
| Plaintiff, | § § § |
| v. | § § CIVIL ACTION NO. 4:21-cv-03325 |
| CARRINGTON MORTGAGE SERVICES, LLC, | § § § § |
| Defendant. | § § |

### DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY REGARDING RESIDENTIAL MORTGAGE CASE

Defendant Carrington Mortgage Services, LLC submits notice that on this date, through counsel, Defendant served its mandatory initial discovery regarding residential mortgage case on counsel of record.

Respectfully submitted,

By: */s/ Kathryn B. Davis*
**MATT D. MANNING**
State Bar No. 24070210
**KATHRYN B. DAVIS**
State Bar No. 24050364
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone : (713) 520-1900
Facsimile: (713) 520-1025
mmanning@mcglinchey.com
kdavis@mcglinchey.com

**ATTORNEYS FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2021, a copy of the above and foregoing was filed electronically with the Clerk of Court.  Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system or as otherwise accorded by FRCP.

David M. Ryan
Ryan & Associates
6161 Savoy Drive, Ste. 1116
Houston, Texas 77036
SBOT 00789412

                                                              */s/ Kathryn B. Davis*
                                                              **KATHRYN B. DAVIS**