UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

David Ryan

v.  Case Number: 4:21–cv–03325

Carrington Mortgage Services, LLC

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1609869672?pwd=UmdsWGNjOHd6RDc1WFk0RTFsOFhvdz09*
Meeting phone number: 646–828–7666
Meeting ID: 160 986 9672
Meeting Password: 837434

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/24/2022

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

RE: Order for Initial Conference – FORM – #4

Date:   February 11, 2022                                                                 Nathan Ochsner, Clerk