# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

David Ryan

v.  Case Number: 4:21–cv–03325

Carrington Mortgage Services, LLC

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1609869672?pwd=UmdsWGNjOHd6RDc1WFk0RTFsOFhvdz09*
Meeting phone number: 646–828–7666
Meeting ID: 160 986 9672
Meeting Password: 837434

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/28/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 23, 2022                                       Nathan Ochsner, Clerk